IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRAIG L. MCBRIDE                                                PLAINTIFF

    V.                Civil No. 01-2310

BAYER CORPORATION                                               DEFENDANT

## **ORDER**

Now on this 10th day of November 2005, there comes on for consideration Defendant's Reply and Withdrawal of Motion for Summary Judgment (Doc. 23). Defendant's counsel advised the Court that Defendant wishes to withdraw its motion for summary judgment (Doc. 8) at this time. Therefore, the Court finds that the motion for summary judgment should be and hereby is DENIED AS MOOT without prejudice to Defendant's right to refile the motion at a later date.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE