UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRAIG L. McBRIDE                                                  PLAINTIFF

v.                          CASE NO. 01-2310

BAYER CORPORATION                                                 DEFENDANT

ORDER FOR MOTION FOR STIPULATION
FOR DISMISSAL OF DEFENDANT, BAYER CORPORATION

IT IS HEREBY ORDERED, pursuant to Craig L. McBride's Motion for Stipulation for Dismissal of Defendant, Bayer Corporation, that Plaintiff's claims and causes of action against Bayer Corporation in the above-referenced matter are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Robert T. Dawson

United States District Judge

Date: August 22, 2006

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 22 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

*Attorneys for Defendant Bayer Corporation*

Terry O. Tottenham, Texas State Bar No. 20147500
Lana K. Varney, Texas State Bar No. 20499500
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone:   512-474-5201
Facsimile:   512-536-4598

AND

 s/ G. Alan Wooten
G. Alan Wooten, Arkansas Bar No. 71083
J. Randall McGinnis, Arkansas Bar No. 85105
Kathryn A. Stocks, Arkansas Bar No. 91116
WARNER, SMITH & HARRIS, PLC
P.O. Box 1626
Fort Smith, Arkansas  72902
Telephone:   479-782-6041
Facsimile:   479-782-0841
E-mail:  awooten@warnersmith.com

# CERTIFICATE OF SERVICE

I hereby certify that on _____, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have emailed the foregoing to the following:

Richard Salkow
SHERMAN, SALKOW, & NEWKIRK
11601 Wilshire Blvd., Suite 675
Los Angeles, CA 90025
rsalkow@shermanonlaw.com
*Plaintiff's Counsel*

.

D. Joseph Hurson
LANE POWELL, SPEARS, LUBERSKY
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
hursond@lanepowell.com
*Defendants' MDL Co-Liaison counsel*

Lance E. Palmer
LEVINSON FRIEDMAN
720 Third Avenue, Suite 1800
Seattle, WA 98104
lep@admiralty.com
*Plaintiffs' MDL Liaison Counsel*

Jeffrey Royal Johnson
Mary Rebecca Knack
Alesia M. Holliday
WILLIAMS KASTNER & GIBBS
601 Union Street, Suite 4100
Seattle, WA 98101
jjohnson@wkg.com
mknack@wkg.com
aholliday@wkg.com
*Defendant's Lead Attorney*

and I hereby certify that I have mailed the foregoing document by U.S. first class mail to the
following non CM/ECF participants:

Arthur Sherman
SHERMAN, SALKOW, & NEWKIRK
11601 Wilshire Blvd., Suite 675

Los Angeles, CA 90025

                                                                                                                                                                                  _s/ G. Alan Wooten_____
                                         G. Alan Wooten, Arkansas Bar No. 71083
                                         Attorney for Defendant
                                         WARNER, SMITH & HARRIS, PLC
                                         P.O. Box 1626
                                         Fort Smith, Arkansas 72902
                                         Telephone:    479-782-6041
                                         Facsimile:     479-782-0841
                                         E-mail: awooten@warnersmith.com